FILED
CLERK
6/25/2014 4:39 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MR. SYDNEY FRANCE,

        Plaintiff,

  - against -

NASSAU COUNTY JAIL, NASSUA [SIC]
JAIL OFFICERS,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV-14-2547 (SJF)(GRB)

A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 20, 2014, dismissing plaintiff's Section 1983 claims with prejudice, dismissing any state law claims without prejudice, directing the Clerk of Court to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff's Section 1983 claims are dismissed with prejudice; that any state law claims are dismissed without prejudice; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       June 25, 2014

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                     By:   /s/ Catherine Vukovich
                          Deputy Clerk